# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:18-cv-04598-R-KES                    Date: January 8, 2019

Title: LESLIE SMITH v. CAROLYN COLVIN, Acting Commissioner of Social Security

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order to Show Cause Why Action Should Not Be Dismissed**

    In May 2018, Leslie Smith ("Plaintiff"), who is proceeding pro se, filed this action seeking review of the Commissioner's denial of Social Security benefits. (Dkt. 1.) The Court entered a Case Management Order providing that, within 35 days of service and filing of the answer, Plaintiff shall serve and file a motion for judgment on the pleadings. (Dkt. 7 at 3.) The Commissioner's answer was filed on October 3, 2018 (Dkt. 9), which made Plaintiff's motion for judgment on the pleadings due in November 2018. As of the date of this order, Plaintiff has not filed such a motion.

    IT IS HEREBY ORDERED that, **on or before February 8, 2018**, Plaintiff shall file a response to this order to show cause explaining why this case should not be dismissed for want of prosecution and/or failure to follow the Court's orders.

Initials of Deputy Clerk JD