UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-04598-R-KES<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

   IT IS ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

DATED: April 10, 2019

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE